# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 25-1068

———————————————

United States of America

*Plaintiff - Appellee*

v.

Macalla Lee Knott, also known as Kayla

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the District of North Dakota - Eastern

——————————

Submitted: November 12, 2025
Filed: November 17, 2025
[Unpublished]

——————————

Before SMITH, GRUENDER, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

Macalla Knott appeals the sentence the district court[1] imposed after she pleaded guilty to drug and international money-laundering offenses pursuant to a written plea

——————————————

[1]The Honorable Peter D. Welte, Chief Judge, United States District Court for the District of North Dakota.

agreement containing an appeal waiver. She argues that this court should decline to enforce the appeal waiver and that her prison sentence is substantively unreasonable.

Upon careful review, we conclude that the appeal waiver is valid, applicable, and enforceable. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing *de novo* the validity and applicability of an appeal waiver). Knott's challenge to the substantive reasonableness of her sentence falls within the scope of the appeal waiver, the record reflects that she entered into the plea agreement and waiver knowingly and voluntarily, and enforcing the waiver will not result in a miscarriage of justice. *See United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (discussing the enforceability of appeal waivers).

Accordingly, we dismiss the appeal.

_____